# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

# CIVIL RIGHTS COMPLAINT

Mariano X Rodriguez,
**Plaintiff(s),**
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

Homeland Security

St Vincents Hospital

Case No. 3:07-MC258 (HBF)
(To be supplied by the court)

**Defendant(s).**
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. Mariano X. Rodriguez is a citizen of Connecticut who
   (Plaintiff)                                (State)
presently resides at 525 Burnsford Ave Bpt. CT.
                     (mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: _____.

2. Defendant St Vincents Hospital is a citizen of CT.
              (name of first defendant)                (State)
whose address is 2800 Main St. 06606 Bpt, CT.

and who is employed as _____.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _____ is a citizen of _____
   (name of second defendant)                                (State)

whose address is _____

and who is employed as _____.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ____No. If your answer is "Yes," briefly explain:

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _X_   42 U.S.C. § 1983 (applies to state prisoners)

   _X_   **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   (1) American with Disabilities Act. (2) Musdu Secret Service
   (3) US v. Reynolds (4) Tambinski v Administration (Atlantic Review)
   (5) Habeas Corpus

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

3:01CR191(JCH) + past exparte case before Judge Kravitz was litigated with doctored items. FBI request for assistance rejected during 2001 + their intrusion + destruction of copyrighted works circa 2002 led to a Hate Crime legitimization versus myself + family. There should be no statute of limitations as others have been negatively impacted by compean input Homeland Security.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Medical Billing Alterations, Pharmaceutical overdose, Inappropriate personnel signing off on my family as well as resident medical malpractice.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Jerry Bartlett was medical coder for ST Vincents who signed off on altered medical billing records.

Dept. of Labor records show origin of A Hate crime and gov. abuses based on deliberate 1990 to 1995 + Hospitalization/Victimization leading to it.

3

**Claim II:** _____

_____

_____

Supporting Facts:

**Claim III:** _____

_____

_____

Supporting Facts:

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes ____No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

   Plaintiff(s): ~~____~~ (Rodriguez, Mariano) (Pons, Isabel)

   Defendant(s): (Homeland Security) ST. Vincents Hospital

   b. Name and location of court and docket number  3:04 CV 715 MRK

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
   my filings have not been done right.

   d. Issues raised: my timely filing for Council lost or ignored to accept a filing from C.H.R.O. Atty listed pro se.

   e. Approximate date of filing lawsuit: 2003/April

   f. Approximate date of disposition: 2005

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ____Yes ✓No.

If your answer is "Yes," briefly describe how relief was sought and the results.

3. I have exhausted available administrative remedies. ~~Yes~~ ✓ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.

   Counsil, Here can be granted unlike the 2003 request which was denied

   or lost in favor of recognizing pro se on a matter out of C.H.R.O.

   A trip to ACLU in New York resulted in my evidence being stolen.

5

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

If you are not incarcerated, go to section G.

a. Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

b. Name and location of court and docket number _____

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? ✓ Yes ____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

Closed case 3:01CR181(JCH) as well as nature of how it was declared ex parte ngrsw proven abuses utilized to obtain 403(b) evidence at my place of employment circa 2002. The Abuse of mental competence as a defense for above mentioned during New Haven FBI in USA, clear + present danger clause has resulted in a multitude of Hate Crimes & Hospital abuses. This case was overseen by members of Homeland Security in 2001-2002.

6

## G. REQUEST FOR RELIEF

I request the following relief:

That Council be provided to oversee a micromanagement

A meeting with council, myself & magistrate

Plaintiff be extended status to include my family due to nature of Hate Crime. Resultant from closure (ex parte) of 3:01CR191(JCH) as well as rejection of Council in 2003 & my 'pro se' listing in 3:04CV718MRK.

## H. JURY DEMAND

Do you wish to have a jury trial? Yes  X       No _____

_____    *Maximo V Rodriguez*
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____    Maximo V. Rodriguez
Printed Name    Printed Name

    525 Burnsfield Ave
    Bpt. CT. 06106

( )    (203) 372-5496
Attorney's full address and telephone    Plaintiff's full address and telephone

_____    _____
Email address if available    Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  USDC in Bridgeport, CT   on   9/12/07  .
         (location)                        (date)

    *Maximo V Rodriguez*
    **Plaintiff's Original Signature**

(Rev. 8/25/04)

7